**Order entered May 22, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01664-CV

**FUJITSU NETWORK COMMUNICATIONS, INC., ET AL., Appellants**

**V.**

**CIRCUIT-METALS, LLC D/B/A INTERMARC, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-00787-2009**

## ORDER

We **GRANT** appellants' May 17, 2013 second unopposed motion for an extension of time to file a brief. Appellants shall file their brief on or before June 7, 2013. We caution appellants that no further extension will be granted absent extraordinary circumstances.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE